IN THE COURT OF APPEALS OF THE STATE OF IDAHO
Docket No. 41050

| STATE OF IDAHO, | ) | 2014 Unpublished Opinion No. 364 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: February 7, 2014 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| JAMES GORDON MARTIN, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County.  Hon. Michael E. Wetherell, District Judge.

Judgment of conviction and unified sentence of five years, with a minimum period of confinement of two years, for aggravated battery, _affirmed_.

Sara B. Thomas, State Appellate Public Defender; Kimberly E. Smith, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

James Gordon Martin was convicted of aggravated battery, Idaho Code §§ 18-903(a), 18-907(b).  The district court sentenced Martin to a unified term of five years, with a minimum period of confinement of two years.  Martin appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  _See State v. Hernandez_, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); _State v. Lopez_, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); _State v. Toohill_, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Martin's judgment of conviction and sentence are affirmed.